**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NISSAN NORTH AMERICA, INC.,

      Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

Case No. 26-cv-02320

**Judge Rebecca R. Pallmeyer**

**Magistrate Judge Maria Valdez**

**PLAINTIFF'S SUPPLEMENT TO *EX PARTE* MOTION FOR ENTRY OF A
TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION,
A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Pursuant to this Court's Order [22], Plaintiff Nissan North America, Inc. ("Plaintiff") submits the following supplement. Each Defendant listed on Schedule A to the Complaint has sold at least one infringing or unauthorized product to Illinois. The chart below identifies the location for the screenshot evidence of the date, place, and nature of the Illinois sale for each Defendant previously submitted as Exhibit 2 to the Declaration of Sam Truscinski [17]:

| No | Evidence [17] | Order Date | Location (Shipping Address) |
|---|---|---|---|
| 1 | Part 1 – p. 6 | 8/21/2024 | Chicago, IL |
| 2 | Part 1 – p. 9 | 8/20/2024 | Chicago, IL |
| 3 | Part 1 – p. 12 | 8/20/2024 | Chicago, IL |
| 4 | Part 1 – p. 15 | 8/16/2024 | Chicago, IL |
| 5 | Part 1 – p. 18 | 8/20/2024 | Chicago, IL |
| 6 | Part 1 – p. 21 | 8/16/2024 | Chicago, IL |
| 7 | Part 1 – p. 24 | 10/30/2025 | Chicago, IL |
| 8 | Part 1 – p. 27 | 8/19/2024 | Chicago, IL |
| 9 | Part 1 – p. 30 | 8/19/2024 | Chicago, IL |
| 10 | Part 1 – p. 32 | 8/16/2024 | Chicago, IL |
| 11 | Part 1 – p. 36 | 1/27/2026 | Chicago, IL |
| 12 | Part 1 – p. 39 | 8/20/2024 | Chicago, IL |
| 13 | Part 1 – p. 42 | 8/20/2024 | Chicago, IL |
| 14 | Part 1 – p. 45 | 8/20/2024 | Chicago, IL |
| 15 | Part 1 – p. 49 | 8/20/2024 | Chicago, IL |
| 16 | Part 1 – p. 52 | 1/30/2026 | Chicago, IL |
| 17 | Part 1 – p. 56 | 1/30/2026 | Chicago, IL |
| 18 | Part 1 – p. 60 | 1/27/2026 | Chicago, IL |
| 19 | Part 1 – p. 63 | 1/29/2026 | Chicago, IL |
| 20 | Part 1 – p. 66 | 1/30/2026 | Chicago, IL |
| 21 | Part 1 – p. 69 | 1/29/2026 | Chicago, IL |
| 22 | Part 1 – p. 73 | 1/27/2026 | Chicago, IL |
| 23 | Part 1 – p. 77 | 1/27/2026 | Chicago, IL |
| 24 | Part 1 – p. 81 | 1/30/2026 | Chicago, IL |
| 25 | Part 1 – p. 85 | 1/27/2026 | Chicago, IL |
| 26 | Part 1 – p. 89 | 1/30/2026 | Chicago, IL |
| 27 | Part 1 – p. 93 | 1/30/2026 | Chicago, IL |
| 28 | Part 1 – p. 96 | 2/3/2026 | Chicago, IL |
| 29 | Part 1 – p. 101 | 1/30/2026 | Chicago, IL |
| 30 | Part 1 – p. 106 | 1/30/2026 | Chicago, IL |
| 31 | Part 1 – p. 110 | 1/27/2026 | Chicago, IL |
| 32 | Part 1 – p. 114 | 1/30/2026 | Chicago, IL |
| 33 | Part 1 – p. 118 | 1/29/2026 | Chicago, IL |
| 34 | Part 1 – p. 122 | 1/27/2026 | Chicago, IL |
| 35 | Part 1 – p. 125 | 1/27/2026 | Chicago, IL |
| 36 | Part 1 – p. 129 | 1/27/2026 | Chicago, IL |
| 37 | Part 1 – p. 133 | 1/30/2026 | Chicago, IL |
| 38 | Part 1 – p. 138 | 1/27/2026 | Chicago, IL |
| 39 | Part 1 – p. 142 | 1/30/2026 | Chicago, IL |
| 40 | Part 1 – p. 146 | 1/27/2026 | Chicago, IL |
| 41 | Part 1 – p. 150 | 11/19/2025 | Chicago, IL |

| 42 | Part 1 – p. 155 | 1/30/2026 | Chicago, IL |
|----|-----------------|-----------|-------------|
| 43 | Part 1 – p. 159 | 1/29/2026 | Chicago, IL |
| 44 | Part 1 – p. 162 | 1/29/2026 | Chicago, IL |
| 45 | Part 1 – p. 166 | 1/27/2026 | Chicago, IL |
| 46 | Part 1 – p. 169 | 1/30/2026 | Chicago, IL |
| 47 | Part 1 – p. 172 | 1/30/2026 | Chicago, IL |
| 48 | Part 1 – p. 177 | 1/31/2026 | Chicago, IL |
| 49 | Part 1 – p. 180 | 1/28/2026 | Chicago, IL |
| 50 | Part 1 – p. 183 | 1/30/2026 | Chicago, IL |
| 51 | Part 1 – p. 186 | 11/3/2025 | Chicago, IL |
| 52 | Part 1 – p. 190 | 11/2/2025 | Chicago, IL |
| 53 | Part 1 – p. 194 | 11/2/2025 | Chicago, IL |
| 54 | Part 1 – p. 198 | 12/19/2025 | Chicago, IL |
| 55 | Part 1 – p. 203 | 10/31/2025 | Chicago, IL |
| 56 | Part 2 – p. 3 | 11/2/2025 | Chicago, IL |
| 57 | Part 2 – p. 7 | 10/31/2025 | Chicago, IL |
| 58 | Part 2 – p. 11 | 11/1/2025 | Chicago, IL |
| 59 | Part 2 – p. 14 | 11/2/2025 | Chicago, IL |
| 60 | Part 2 – p. 18 | 10/31/2025 | Chicago, IL |
| 61 | Part 2 – p. 21 | 10/31/2025 | Chicago, IL |
| 62 | Part 2 – p. 24 | 10/30/2025 | Chicago, IL |
| 63 | Part 2 – p. 28 | 11/3/2025 | Chicago, IL |
| 64 | Part 2 – p. 31 | 11/3/2025 | Chicago, IL |
| 65 | Part 2 – p. 34 | 10/30/2025 | Chicago, IL |
| 66 | Part 2 – p. 37 | 11/1/2025 | Chicago, IL |
| 67 | Part 2 – p. 40 | 11/2/2025 | Chicago, IL |
| 68 | Part 2 – p. 44 | 11/2/2025 | Chicago, IL |
| 69 | Part 2 – p. 48 | 11/2/2025 | Chicago, IL |
| 70 | Part 2 – p. 51 | 10/30/2025 | Chicago, IL |
| 71 | Part 2 – p. 54 | 11/2/2025 | Chicago, IL |
| 72 | Part 2 – p. 58 | 10/30/2025 | Chicago, IL |
| 73 | Part 2 – p. 61 | 10/31/2025 | Chicago, IL |
| 74 | Part 2 – p. 64 | 10/31/2025 | Chicago, IL |
| 75 | Part 2 – p. 67 | 10/31/2025 | Chicago, IL |
| 76 | Part 2 – p. 71 | 11/2/2025 | Chicago, IL |
| 77 | Part 2 – p. 74 | 11/2/2025 | Chicago, IL |
| 78 | Part 2 – p. 78 | 11/2/2025 | Chicago, IL |
| 79 | Part 2 – p. 82 | 11/2/2025 | Chicago, IL |
| 80 | Part 2 – p. 86 | 10/31/2025 | Chicago, IL |
| 81 | Part 2 – p. 90 | 11/2/2025 | Chicago, IL |
| 82 | Part 2 – p. 93 | 11/1/2025 | Chicago, IL |
| 83 | Part 2 – p. 97 | 10/31/2025 | Chicago, IL |
| 84 | Part 2 – p. 101 | 11/2/2025 | Chicago, IL |

| 85 | Part 2 – p. 105 | 10/31/2025 | Chicago, IL |
|----|-----------------|------------|-------------|
| 86 | Part 2 – p. 108 | 10/31/2025 | Chicago, IL |
| 87 | Part 2 – p. 112 | 11/2/2025 | Chicago, IL |
| 88 | Part 2 – p. 115 | 11/2/2025 | Chicago, IL |
| 89 | Part 2 – p. 118 | 11/2/2025 | Chicago, IL |
| 90 | Part 2 – p. 122 | 11/1/2025 | Chicago, IL |
| 91 | Part 2 – p. 125 | 11/2/2025 | Chicago, IL |
| 92 | Part 2 – p. 128 | 11/2/2025 | Chicago, IL |
| 93 | Part 2 – p. 132 | 11/2/2025 | Chicago, IL |
| 94 | Part 2 – p. 135 | 1/27/2026 | Chicago, IL |

Dated this 9th day of March 2026.　　　　Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Marcella D. Slay
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Nissan North America, Inc.*