**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., | |
| Plaintiff, | Case No. 26-cv-2320 |
| v. | **Judge Rebecca R. Pallmeyer** |
| A2KHX3HLTF912U, et al., | **Magistrate Judge Maria Valdez** |
| Defendants. | |

**<u>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)</u>**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Nissan North

America, Inc. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Gardny | 11 |
| HUIANTS | 15 |
| AL Model | 17 |
| AMC-Models222 | 18 |
| benbenmodels262 | 22 |
| CZ Model Shop | 26 |
| ED Model | 29 |
| EDY Model | 30 |
| EY Model Store | 32 |
| gobienshop | 34 |
| Gtmodels66 | 38 |

Dated this 26th day of March 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Marcella D. Slay
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Nissan North America, Inc.*