**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., | |
| Plaintiff, | Case No. 26-cv-2320 |
| v. | **Judge Rebecca R. Pallmeyer** |
| A2KHX3HLTF912U, et al., | **Magistrate Judge Maria Valdez** |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Nissan North

America, Inc. ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| dajianxiaomaibu | 7 |
| GZYXDDKJ | 14 |
| auto-player | 21 |
| haochen668 | 40 |

Dated this 2nd day of April 2026.       Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Marcella D. Slay
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Nissan North America, Inc.*

2